UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-CR-20219-HUCK/WHITE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CLAUDIO R. MORALES,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court on the Report and Recommendation [D.E. No. 136] of the Honorable Patrick A. White, United States Magistrate Judge, filed August 22, 2013. Magistrate Judge White recommends denying Defendant Claudio R. Morales' Motion Pursuant to the Law of the Case Doctrine Requesting this Court to Revisit and Reconsider his Conviction and Sentencing Judgment and Request for an Evidentiary Hearing [D.E. No. 127], filed June 17, 2013. Defendant filed his Objection to the Report and Recommendation [D.E. No. 137] on September 5, 2013.

The Court has considered Defendant's Motion, Magistrate Judge White's Report and Recommendation, Defendant's Objection thereto, and the pertinent parts of the record. Contrary to Defendant's Objection, the Court is not construing his Motion as a motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Rather, the Court is construing Defendant's Motion as a motion to correct or reduce his sentence under Federal Rule of Criminal Procedure 35(a). Rule 35(a) motions must be filed within "[w]ithin 14 days after sentencing . . . ." Fed. R. Crim. P. 35(a). Because Defendant did not file his Motion within 14 days after his sentencing, the Court does not have jurisdiction to entertain Defendant's Motion. Therefore, the Court overrules Defendant's Objection and ADOPTS the findings of fact and conclusions of law as stated in Magistrate Judge White's Report and Recommendation. Accordingly, it is hereby

    ORDERED and ADJUDGED that Defendant's Motion is DENIED.

    DONE in Chambers, Miami, Florida, September 23, 2013.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge Patrick A. White
All Counsel of Record
Claudio R. Morales, *pro se*
Reg. No. 76533-004
FCI Miami
P.O. Box 779800
Miami, FL 33177